Kelly D. Fair (SBN 245408)
kelly.fair@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   415.882.5000
Facsimile:    415.882.0300

Kate E. Hart (SBN 275121)
kate.hart@dentons.com
Robert J. Morrison (Appearance *Pro Hac Vice)*
rj.morrison@dentons.com
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri  64111
Telephone:   816.460.2400
Facsimile:    816.531.7545

Attorneys for Plaintiff Exeter Finance Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXETER FINANCE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOCOM ENERGY, LLC d/b/a Autocom Nissan of Concord,<br><br>    Defendant. | Case No. 3:16-cv-04197-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND ORDER**<br><br>**[Civil L.R. 7-12;16-2(d)]** |

Pursuant to Local Rules 7-12 and 16-2(d) and Judge Orrick's Standing Case Management Conference Order, Plaintiff Exeter Finance Corp. ("Plaintiff") and Defendant Autocom Energy, LLC d/b/a Autocom Nissan of Concord ("Defendant") (collectively, the "Parties") hereby respectfully stipulate and jointly request that the Court continue the Case Management Conference and related deadlines as follows:

RECITALS

1.	Plaintiff's Complaint was filed in the United States District Court, Northern District of California on July 25, 2016. (Dkt. 1.)

2.	The Parties are scheduled to participate in an ADR Telephone Conference on October 18, 2016. (Dkt. 12.)

3.	Pursuant to the Court's current Orders (Dkts. 6 and 15), multiple deadlines are set for October 18 and 25, 2016.

4.	Pursuant to the Court's recent Order (Dkt. 15), the Initial Case Management Conference is scheduled to take place on November 1, 2016.

5.	The Parties are engaged in settlement negotiations and wish to continue those discussions during and following their ADR Telephone Conference on October 18, 2016 in order to pursue resolution of this case prior to commencing initial discovery and litigation, and in advance of the Case Management Conference.

6.	Neither Party has requested any extensions or modifications to the Case Management Conference or related deadlines in the case.

7.	Pursuant to the foregoing, good cause exists to continue the Case Management Conference and all related deadlines.  Therefore, the Parties hereby stipulate and agree to the following extensions, and request the Court's approval of their stipulation, to the proposed case management schedule as follows:

| Event | Previous Date | Stipulated/Requested New Date |
|---|---|---|
| Last Day to Meet and Confer pursuant to FRCP 26(f) | 10/18/2016 | 11/18/2016 |

| Last Day to serve Initial Disclosures pursuant to FRCP 26(a) | 10/18/2016 | 11/18/2016 |
|---|---|---|
| Last Day to file Joint Case Management Statement | 10/25/2016 | 11/18/2016 |
| Case Management Conference | 11/01/2016 | 11/29/2016 |

DATED: October 14, 2016                        DENTONS US LLP


By:      /s/ Robert J. Morrison
         Robert J. Morrison
         Kelly D. Fair
         Kate E. Hart

Attorneys for Plaintiff Exeter Finance Corp.

DATED: October 14, 2016                        BUSTAMANTE & GAGLIASO, APC


By:      /s/ Andrew Stearns
         Andrew V. Stearns

Attorneys for Defendant Autocom Energy, LLC
d/b/a Autocom Nissan of Concord

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October  17, 2016                       _____
                                               Honorable William H. Orrick
                                               United States District Judge