Kelly D. Fair (SBN 245408)
kelly.fair@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   415.882.5000
Facsimile:    415.882.0300

Kate E. Hart (SBN 275121)
kate.hart@dentons.com
Robert J. Morrison (Appearance *Pro Hac Vice)*
rj.morrison@dentons.com
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, Missouri  64111
Telephone:   816.460.2400
Facsimile:    816.531.7545

Attorneys for Plaintiff Exeter Finance Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXETER FINANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> AUTOCOM ENERGY, LLC d/b/a Autocom Nissan of Concord, <br><br> Defendant. | Case No. 3:16-cv-04197-WHO <br><br> **JOINT REQUEST FOR REFERRAL TO LOCAL RULE 7 MEDIATION AND SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND ORDER** <br><br> **[Civil L.R. 7-12;16-2(d)]** |

Pursuant to Local Rules 7-12 and 16-2(d) and Judge Orrick's Standing Case Management Conference Order, Plaintiff Exeter Finance Corp. ("Plaintiff") and Defendant Autocom Energy, LLC d/b/a Autocom Nissan of Concord ("Defendant") (collectively, the "Parties") hereby respectfully stipulate and jointly request that the Court continue the Case Management Conference and related deadlines as follows:

**RECITALS**

1. Plaintiff's Complaint was filed in the United States District Court, Northern District of California on July 25, 2016. (Dkt. 1.) Since that time, the Parties have been engaged in ongoing settlement negotiations.

2. The Parties participated in an alternative dispute resolution (ADR) telephone conference with the Court's ADR Program staff on October 18, 2016. (Dkt. 12.) During that conference, the Parties and the Court's ADR Program staff discussed the status of the Parties' ongoing settlement discussions and agreed that, if the Parties are unable to resolve this matter between themselves, they would likely benefit from a mediation conducted in accordance with the Court's Local Rule 7 mediation process. This will afford the Parties every opportunity to pursue resolution of this case prior to commencing initial discovery and litigation, and in advance of the Case Management Conference.

3. Pursuant to the Court's recent Order (Dkt. 19), multiple initial discovery and litigation deadlines are set for November 18, 2016, and the Initial Case Management Conference is scheduled to take place on November 29, 2016. In addition to referring this matter to Local Rule 7 mediation, the Parties respectfully request that the Court extend these deadlines and reschedule the Initial Case Management Conference to allow the Parties a full opportunity to pursue resolution of this case prior to commencing initial discovery and litigation.

4. This is the Parties' second request for an extension to the Case Management Conference or related deadlines in the case. The Parties' submitted their first request (Dkt. 18) so that the Parties could explore ADR options pursuant to the Court conference conducted on October 18, 2016.

DENTONS US LLP
525 MARKET STREET 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

Case No. 3:16-cv-04197-WHO
JOINT REQUEST FOR REFERRAL TO LOCAL RULE 7
MEDIATION AND SECOND STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES AND ORDER

5. Pursuant to the foregoing, the Parties jointly request that the Court refer this matter to a Local Rule 7 mediation, to be conducted within 45 days of entry of the Court's order.

6. Furthermore, good cause exists to continue the Case Management Conference and all related deadlines pending the outcome of the Parties' settlement discussions and, if necessary, mediation. Therefore, the Parties hereby stipulate and agree to the following extensions, and request the Court's approval of their stipulation, to the case management schedule as follows:

| Event | Previous Date | Stipulated/Requested New Date |
|---|---|---|
| Last Day to Meet and Confer pursuant to FRCP 26(f) | 11/18/2016 | 01/02/2017 |
| Last Day to serve Initial Disclosures pursuant to FRCP 26(a) | 11/18/2016 | 01/02/2017 |
| Last Day to file Joint Case Management Statement | 11/25/2016 | ~~01/02/2017~~ 01/03/2017 |
| Case Management Conference | 11/29/2016 | ~~01/16/2017~~ 01/17/2017 |

DATED: October 21, 2016                DENTONS US LLP


By: _____/s/ Robert J. Morrison_____
Robert J. Morrison
Kelly D. Fair
Kate E. Hart

Attorneys for Plaintiff Exeter Finance Corp.

DATED: October 21, 2016                ROBARDS & STEARNS


By: _____/s/ Andrew Stearns_____
Andrew V. Stearns

Attorneys for Defendant Autocom Energy, LLC d/b/a Autocom Nissan of Concord

2

Case No. 3:16-cv-04197-WHO
JOINT REQUEST FOR REFERRAL TO LOCAL RULE 7 MEDIATION AND SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND ORDER

DENTONS US LLP
525 MARKET STREET 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

### CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

**PURSUANT TO STIPULATION, AS MODIFIED, IT IS SO ORDERED.**

Dated: October  25 , 2016             

                                      Honorable William H. Orrick
                                      United States District Judge

101699254

3

Case No. 3:16-cv-04197-WHO
JOINT REQUEST FOR REFERRAL TO LOCAL RULE 7 MEDIATION AND SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND ORDER