UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXETER FINANCE CORP.,<br>Plaintiff,<br>v.<br>AUTOCOM ENERGY, LLC,<br>Defendant. | Case No. 16-cv-04197-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br>Re: Dkt. No. 34 |

The Court was informed by the ADR Unit that the parties agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: May 1, 2017



WILLIAM H. ORRICK
United States District Judge